UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLFO VILLEGAS, Jr., | No. 2:19-cv-1539 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. SPEARMAN, Warden, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has inquired into the status of this case. See ECF No. 6. Plaintiff never responded to this court's order filed August 15, 2019, which directed him to pay the filing fee or submit a completed application to proceed in forma pauperis. Plaintiff may not proceed with this case unless he does one of these things. Plaintiff will be given an additional thirty days to comply with the court's prior order. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty (30) days after the filing date of this order: (1) submit an affidavit (together with a copy of his prison trust account statement for the preceding six months) in support of his request to proceed in forma pauperis on the form provided herewith by the Clerk of Court; or (2) pay the required fees in the amount of $400.00.

////

1

2. The Clerk of the Court is directed to send plaintiff: (1) a copy of this court's order filed August 15, 2019 (ECF No. 3); and (2) a blank Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

SO ORDERED.

DATED: October 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE