UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLFO VILLEGAS, JR., | No. 2:19-cv-1539 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. SPEARMAN, Warden, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, requests a 90-day extension of time to file objections to the findings and recommendations filed in this case on April 14, 2020. Plaintiff states that he is denied access to the prison law library due to the COVID-19 health crisis.

The findings and recommendations ("F&Rs") recommend dismissal of this action for failure to state a cognizable federal claim. See ECF No. 15. The legal standards applicable to this recommendation are set forth in the F&Rs and in the court's December 10, 2019 order dismissing the original complaint with leave to amend (ECF No. 9). Those standards, and the facts of the complaint, are not so complex as to require a 90-day extension of time, even under the circumstances of prohibited or limited access to the prison library. In order to obtain de novo review by the district judge, plaintiff need only identify the portions of the F&Rs to which he objects and the basis for his objections. Legal argument is not required.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 16, is granted in part.

2. Plaintiff is granted forty-five (45) days from the filing date of this order in which to file his objections to the pending findings and recommendations.

3. No further extensions of time will be granted.

DATED: May 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2